FILED

2018 JUL 10 AM 9: 46

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America,

       Plaintiff,

       v.

       ,

       Defendant.

Case Number  3:18 MJ 5195

**Waiver of Detention Hearing**

*Shiloh Jackson*  , the above named defendant, having been advised of the nature of the charges and of his rights, and under advice of counsel, waives his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C. Section 3142 (e) and (f). but reserves the right to raise the issue of detention at a later date  should circumstances change.

_____
Defendant

_____
Counsel for Defendant